UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61674-CIV-DIMITROULEAS/SNOW

YETI COOLERS, LLC,

       Plaintiff,

vs.

CHEAPYETITUMBLER.COM, *et al.*,

       Defendants.

_____/

**FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Final Default Judgment Against Defendants (the "Motion") [DE 27], filed herein on September 7, 2018. The Court granted the Motion in an Order entered separately today. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, it is **ORDERED AND ADJUDGED** that Final Default Judgment is hereby entered in favor of Plaintiff, YETI Coolers, LLC ("Plaintiff"), and against Defendants, the Individuals, Partnerships, and Unincorporated Associations identified on Schedule "A" hereto (collectively "Defendants") as follows:

(1)    Permanent Injunctive Relief:

Defendants and their officers, agents, servants, employees and attorneys, and all persons acting in concert or participation with Defendants are hereby permanently restrained and enjoined from:

    a.    manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing Plaintiff's trademarks identified in Paragraph 17 and Schedule 'B" of the Complaint (the "YETI Marks");

    b.    using the YETI Marks in connection with the sale of any unauthorized goods;

    c.    using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

    d.    falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

    e.    engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants are in any way endorsed by, approved by, and/or associated with Plaintiff;

    f.    using any reproduction, counterfeit, copy, or colorable imitation of the YETI Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants;

    g.    affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants as being those of Plaintiff or in any way endorsed by Plaintiff;

    h.    otherwise unfairly competing with Plaintiff;

    i.    using the YETI Marks, or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by Defendants; and

    j.    effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

(2)    Additional Equitable Relief:

    a.    In order to give practical effect to the Permanent Injunction, the domain names identified on Schedule "A" hereto (the "Subject Domain Names") are hereby ordered to be immediately transferred by Defendants, their assignees and/or successors in interest or title, and the Registrars to

        Plaintiff's control. To the extent the current Registrars do not facilitate the transfer of the Subject Domain Names to Plaintiff's control within five (5) days of receipt of this judgment, the Registries shall, within thirty (30) days, change the Registrar of Record for the Subject Domain Names to a Registrar of Plaintiff's choosing, and that Registrar shall transfer the Subject Domain Names to Plaintiff;

    b.    Upon Plaintiff's request, the top level domain (TLD) Registry for each of the Subject Domain Names, or their administrators, including backend registry operators or administrators, within thirty (30) days of receipt of this Order, shall place the Subject Domain Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registries which link the Subject Domain Names to the IP addresses where the associated websites are hosted; and

    c.    Defendants, their agent(s) or assign(s), shall assign all rights, title, and interest, to their Subject Domain Name(s) to YETI and, if within five (5) days of receipt of this Order Defendants fail to make such an assignment, the Court shall order the act to be done by another person appointed by the Court at Defendants' expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a).

(3)    Statutory damages in favor of Plaintiff pursuant to 15 U.S.C. § 1117(c):

    a.    Award Plaintiff damages of $1,000,000.00 against each Defendant, for which let execution issue;

(4)    Statutory damages in favor of Plaintiff pursuant to 15 U.S.C. § 1117(d) are determined to be:

    a.    $20,000.00 against Defendant 1 - cheapyetitumbler.com, for its domain names, cheapyetitumbler.com and aoutlets-yeti.com, for which let execution issue;

    b.    $180,000.00 against Defendant 2 - bestboost.online, for its domain names, yeticupshops.com, yeticupstores.com, pickyeticup.com, yeticupdeal.com, yeticupmarket.com, yeticuponlineshop.com, yetiforsale.online, yetirumblercup.com, yeticupsale.com, yeticupsales.com, iyetii.com, yeti.center, yeticup.co, yeticup.xyz, yeticupoutlet.com, yetionlinecup.com, yeticupcheap.com and yetiprice.com, for which let execution issue;

3

c.  $40,000.00 against Defendant 3 - bottlesalevip.com, for its domain names, yetivips.com, yetiwaterbottle.com, yetibottles.com and allramblercup.com, for which let execution issue;

d.  $10,000.00 against Defendant 4 - coolcustomrambler.com, for which let execution issue;

e.  $40,000.00 against Defendant 5 - coolerwholesale.net, for its domain names, ramblerpro.net, wholesaleyeticup.com, wholesaleyetiramblers30.com and yetirambler.uk.com, for which let execution issue;

f.  $40,000.00 against Defendant 6 - cupcustomshop.com, for its domain names, saleyetis.com, shopyeticup.com, yeticuponline.com and yetistore.store, for which let execution issue;

g.  $10,000.00 against Defendant 7 - Fansrambler.com, for which let execution issue;

h.  $20,000.00 against Defendant 12 - ramblersdeal1.com, for its domain names, ramblersdeal1.com and cheapyeticup.com, for which let execution issue;

i.  $10,000.00 against Defendant 13 - ramblershopus.com, for which let execution issue;

j.  $10,000.00 against Defendant 14 - ramblerssale.com, for which let execution issue;

k.  $10,000.00 against Defendant 16 - superrambler.com, for which let execution issue;

l.  $10,000.00 against Defendant 19 - uyeticup.com, for which let execution issue;

m.  $10,000.00 against Defendant 20 - wholesale365.uk.com, for its domain name, yetiwholesaleprices.com, for which let execution issue;

n.  $10,000.00 against Defendant 21 - wholesaleyeticoolerns.com, for which let execution issue;

o.  $10,000.00 against Defendant 22 - wholesale-yeticups.com, for which let execution issue;

p.  $10,000.00 against Defendant 23 - wholesaleyetitumbler.com, for which let execution issue;

q.  $10,000.00 against Defendant 25 - yetibfcmhot.com, for which let

4

    execution issue;

  r. $100,000.00 against Defendant 26 - yeticm.com, for its domain names, yeticm.com, yeticupen.com, yetiius.com, yetiosen.com, yetiousen.com, yetisoen.com, yetisren.com, yetiuen.com, yetiwen.com and yetiyen.com, for which let execution issue;

  s. $10,000.00 against Defendant 27 - yeticupswholesale.com, for which let execution issue;

  t. $10,000.00 against Defendant 28 - yetihot.com, for which let execution issue;

  u. $10,000.00 against Defendant 29 - yetiproshop.com, for which let execution issue;

  v. $10,000.00 against Defendant 30 - yetiramblercup.com, for which let execution issue;

  w. $20,000.00 against Defendant 31 - yetitumblers.us.com, for its domain names, yetitumblers.us.com and yetiwholesalers.com for which let execution issue;

  x. $10,000.00 against Defendant 33 - ramblerforshop.com, for which let execution issue;

  y. $10,000.00 against Defendant 34 - yeticuponsale.com, for which let execution issue;

  z. $10,000.00 against Defendant 35 - yeti-outdoors.com, for which let execution issue;

  aa. $10,000.00 against Defendant 36 - vipramblershop.com, for which let execution issue.

(5) Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

(6) The bond posted by Plaintiff in the amount of $10,000.00 is hereby ordered released by the Clerk.

(7) The Court retains jurisdiction to enforce this Judgment and permanent injunction.

6

(8) Plaintiff is ordered to serve a copy of this Order upon Defendants (a) via e-mail to the e-mail addresses provided by each Defendant as part of the domain registration records for each of their respective domain names, including service via registrar, or directly on the Internet website operating under each of their corresponding domain names, including customer service e-mail addresses and onsite contact forms; and (b) via publication by posting a true and accurate copy of the foregoing on the Internet website appearing at http://servingnotice.com/yuu238/index.html.

(9) The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 24th day of September, 2018.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record

**SCHEDULE "A"**
**DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAME**

| Def. No. | Defendant / Subject Domain Name |
|---|---|
| 1 | cheapyetitumbler.com |
| 1 | aoutlets-yeti.com |
| 1 | tumblersstore.com |
| 1 | ubuyworks.com |
| 1 | outdoorcross.com |
| 1 | tumblersclub.com |
| 1 | outdooroz.com |
| 1 | outdoorsolo.com |
| 1 | tumblerus.com |
| 2 | bestboost.online |
| 2 | realboost.club |
| 2 | smithsneakers.com |
| 2 | wholesaleboosts.info |
| 2 | wholesalebooststore.info |
| 2 | yeezysboosts.info |
| 2 | likeheadphones.com |
| 2 | autohype.xyz |
| 2 | coollemon.info |
| 2 | lovemart.xyz |
| 2 | gotosell.info |
| 2 | vipshopping.xyz |
| 2 | yeticupshops.com |
| 2 | yeticupstores.com |
| 2 | pickyeticup.com |
| 2 | fingermonkeyfingerlings.com |
| 2 | gigifingerling.com |
| 2 | wiisup.space |
| 2 | yeticupdeal.com |
| 2 | yeticupmarket.com |

| | |
|---|---|
| 2 | yeticuponlineshop.com |
| 2 | yetiforsale.online |
| 2 | yetirumblercup.com |
| 2 | yeticupsale.com |
| 2 | yeticupsales.com |
| 2 | areyouyeezy.info |
| 2 | bestboost.xyz |
| 2 | bestcupstore.com |
| 2 | bestshoesshops.com |
| 2 | cheapboost.club |
| 2 | cuplifey.com |
| 2 | googlecups.com |
| 2 | googlesneakers.com |
| 2 | greatshoes.online |
| 2 | iyetii.com |
| 2 | nmdshoesstore.info |
| 2 | nmdssneakers.info |
| 2 | supremeshoes.online |
| 2 | truesneakers.com |
| 2 | wholesaleboost.xyz |
| 2 | wholesalesneakers.online |
| 2 | yeeti.shop |
| 2 | yeezyforsale.info |
| 2 | yeezyssneakers.info |
| 2 | yeti.center |
| 2 | yeticup.co |
| 2 | yeticup.xyz |
| 2 | yeticupoutlet.com |
| 2 | yetionlinecup.com |
| 2 | yeticupcheap.com |
| 2 | yetiprice.com |
| 3 | bottlesalevip.com |
| 3 | bottlesvip.com |

| 3 | yetivips.com |
|---|---|
| 3 | Filafit.com |
| 3 | wirecuters.com |
| 3 | knowzopos.com |
| 3 | astroscups.com |
| 3 | coralbottles.com |
| 3 | cupvip.com |
| 3 | nabottles.com |
| 3 | nacupsale.com |
| 3 | yetiwaterbottle.com |
| 3 | yetbottle.com |
| 3 | yetibottles.com |
| 3 | tumblervip.com |
| 3 | yetcups.com |
| 3 | tibottle.com |
| 3 | unicorncups.com |
| 3 | coralflask.com |
| 3 | coolerbottle.com |
| 3 | allramblercup.com |
| 4 | coolcustomrambler.com |
| 5 | coolerwholesale.net |
| 5 | ramblerpro.net |
| 5 | wholesaleyeticup.com |
| 5 | wholesaleyetiramblers30.com |
| 5 | yetirambler.uk.com |
| 6 | cupcustomshop.com |
| 6 | cupforsale.com |
| 6 | hotsalecups.com |
| 6 | cupshop.shop |
| 6 | salecups.com |
| 6 | saleyetis.com |
| 6 | sellcups.com |
| 6 | shopyeticup.com |

| 6 | yeticuponline.com |
|---|---|
| 6 | yetistore.store |
| 6 | ordercups.com |
| 7 | Fansrambler.com |
| 8 | goodsneakers.xyz |
| 9 | jcmcshop.com |
| 10 | kzowf.com |
| 11 | mnknz.com |
| 12 | ramblersdeal1.com |
| 12 | cheapyeticup.com |
| 13 | ramblershopus.com |
| 14 | ramblerssale.com |
| 15 | rugbytakeheart.org.uk |
| 16 | superrambler.com |
| 17 | topsti.com |
| 18 | tumblerad.com |
| 19 | uyeticup.com |
| 20 | wholesale365.uk.com |
| 20 | yetiwholesaleprices.com |
| 21 | wholesaleyeticoolerns.com |
| 22 | wholesale-yeticups.com |
| 23 | wholesaleyetitumbler.com |
| 24 | wmmay.com |
| 24 | xmunt.com |
| 25 | yetibfcmhot.com |
| 26 | yeticm.com |
| 26 | yeticupen.com |
| 26 | yetiius.com |
| 26 | yetiosen.com |
| 26 | yetiousen.com |
| 26 | yetisoen.com |
| 26 | yetisren.com |
| 26 | yetiuen.com |

| 26 | yetiwen.com |
|----|-------------|
| 26 | yetiyen.com |
| 27 | yeticupswholesale.com |
| 28 | yetihot.com |
| 29 | yetiproshop.com |
| 30 | yetiramblercup.com |
| 31 | yetitumblers.us.com |
| 31 | yetiwholesalers.com |
| 32 | cheaptumblers.com |
| 33 | ramblerforshop.com |
| 34 | yeticuponsale.com |
| 35 | yeti-outdoors.com |
| 36 | vipramblershop.com |